NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JESSE T. YURK,**
*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2024-2023

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-7590, Judge Grant Jaquith.

---

**JUDGMENT**

---

KENNETH DOJAQUEZ, Carpenter Chartered, Topeka, KS, argued for claimant-appellant. Also represented by PAUL JENNINGS, TRICIA PATTEN PETEK, The MilVet Law Firm, PLLC, Tacoma, WA.

SOSUN BAE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by ERIC P. BRUSKIN, PATRICIA M. MCCARTHY, BRETT SHUMATE; MATTHEW ALBANESE, BRIAN D. GRIFFIN, Office of General

Counsel, United States Department of Veterans Affairs, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (HUGHES, LINN, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 6, 2026
Date

Jarrett B. Perlow
Clerk of Court